# DEBEVOISE & PLIMPTON LLP

919 Third Avenue
New York, NY 10022
Tel  212 909 6000
Fax 212 909 6836
www.debevoise.com



October 22, 2012



VIA FEDERAL EXPRESS

The Honorable John F. Keenan
United States District Court
  for the Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

**U.S. v. FNU LNU a/k/a "Anthony Ray Hardy"
Criminal Docket No. 12-CR-618 (JFK)**

**Withdrawal of Attorney**

To the Honorable Judge Keenan:

Please be advised that, as of October 31, 2012, I will no longer be employed by the firm of Debevoise & Plimpton LLP, counsel for defendant in the above captioned matter.

I hereby respectfully request your permission to have my name removed from the court's docket and ECF electronic mailing distribution list. Will you please, therefore, signify your approval of this withdrawal by having this letter memo endorsed or so ordered so that the clerk may modify and update the court's records accordingly.

Thank you for your courtesy and cooperation.

Respectfully submitted,

Douglas Cuthbertson

SO ORDERED.

Dated:  New York, NY
        October 23, 2012

John F. Keenan
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-23-12