

**MEMO ENDORSED**

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*



*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 5, 2012

**BY FACSIMILE AND HAND**

The Honorable John F. Keenan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

> Re:  <u>United States v. **FNU LNU** a/k/a "**Anthony Ray Hardy**"</u>
>      **12 Cr. 618 (JFK)**

Dear Judge Keenan:

   I write on behalf of both parties to request an adjournment of the conference currently scheduled in the above-captioned matter for this Thursday, November 8 at 11:30 a.m. The parties are currently engaged in active discussions regarding a potential disposition of this matter but are unlikely to be able to complete that process by this Thursday. So as to allow sufficient time for those talks to continue, the parties would respectfully request that the Court reschedule this week's conference for some time the week of November 26, 2012.

   Provided the Court is inclined to grant that request, the Government would additionally request that the Court exclude time between November 8, 2012 and the date of the newly scheduled conference pursuant to Title 18, United States Code, Section 3161(h)(7)(A). The exclusion is sought so as to permit the parties to continue to engage in discussions regarding a potential disposition of this matter. I have spoken with Andrew J. Ceresney, Esq., and John Nichols, Esq., counsel for the defendant, and they have consented to this request. A proposed order excluding time is enclosed for the Court's convenience.

*[Handwritten endorsement: The matter is adjourned until November 27, 2012 at 11:15 A.M. Time is excluded until then. So Ordered. John F. Keenan, November 7, 2012]*

Respectfully submitted,

PREET BHARARA
United States Attorney

By: _____
Edward B. Diskant
Assistant United States Attorney
(212) 637-2294

Cc:  Andrew J. Ceresney, Esq.
     John Nichols, Esq.

*[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 11-7-12]*