UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    - v. -

FNU LNU,
    a/k/a "Anthony Ray Hardy"

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER

12 Cr. 618 (JFK)

JOHN F. KEENAN, District Judge:

Upon the application of the United States of America, by and through Assistant United States Attorney Edward B. Diskant, and with the consent of the defendant, FNU LNU, a/k/a "Anthony Ray Hardy," by and through his counsel, Andrew J. Ceresney, Esq., and John Nichols, Esq., it is hereby ORDERED that the time between November 8, 2012, and the next conference scheduled in this matter, November 27, 2012, is excluded for purposes of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice. The ends of justice served by such continuance outweigh the interest of the public and the defendant in a speedy trial because it will allow additional time for the parties to discuss a potential disposition of the case.

    SO ORDERED.

Dated: New York, New York
       November 7, 2012

                                              HON. JOHN F. KEENAN
                                              United States District Judge