UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
UNITED STATES OF AMERICA          :

#12 CR 618 (JFK)

    -V-                           :

FNU LNU ("Anthony Hardy")
----------------------------------X

Please be advised that the (conference)/sentence scheduled for _December 17, 2012_

has been rescheduled to _December 18, 2012_ at _10:30 a.m._

in Courtroom 20-C.

SO ORDERED.

Dated: New York, New York
       12-11-12

                                      _____
                                      JOHN F. KEENAN
                                      United States District Judge

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12-11-12
```