Case 1:12-cr-00618-JFK   Document 21   Filed 03/11/13   Page 1 of 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

# 12 CR 618 (JFK)

-V-

FNU LNU ("Anthony Hardy")
- - - - - - - - - - - - - - - - - - - - - - - - - - - -X

Please be advised that the ~~conference~~/(sentence) scheduled for March 19, 2013 has been rescheduled to March 25, 2013 at 2:30 p.m.

in Courtroom 20-C.

SO ORDERED.

Dated: New York, New York
3-11-13

*[signature]*

JOHN F. KEENAN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-11-13